UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS TRAVIS and CATHY PAPAGEORGE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:14-CV-3232-N-BF |
| CITY OF GLENN HEIGHTS TEXAS, et al., | § § § | |
| Defendants. | § | |

### ORDER

Before the Court is Plaintiffs' Motion for Sanction of Judgment by Default Pursuant to Rule 37 [D.E. 89] and Motion For Continuance Additional Discovery Needed [D.E. 100]. The Court hereby sets a hearing on these matters on **WEDNESDAY, SEPTEMBER 23, 2015, at 9:00 A.M.** in the United States Magistrate Judge's Courtroom, Room 1620, 1100 Commerce Street, Dallas, Texas.

SO ORDERED, September 15, 2015.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE