UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| THOMAS TRAVIS and § <br> CATHY PAPAGEORGE, § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> CITY OF GLENN HEIGHTS, TEXAS, et al. § <br> § <br> Defendants. § | No. 3:14-CV-3232-N (BF) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled. Because the Court has dismissed Plaintiff's federal claims, the Court declines to exercise supplemental jurisdiction over the state law claims alleged in the Plaintiffs' complaint.

**IT IS THEREFORE ORDERED** that Defendants' Motion for Partial Summary Judgment [D.E. 85] is **GRANTED**.

**SO ORDERED** this 23rd day of October, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE