UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| THOMAS TRAVIS and<br>CATHY PAPAGEORGE,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF GLENN HEIGHTS TEXAS, et al.,<br><br>Defendants. | § § § § § § § § § § § | No. 3:14-CV-3232-N |

ORDER ACCEPTING THE RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed Recommendation for plain error. Finding none, the Court accepts the Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff Cathy Papageorge's Motion to Proceed *In Forma Pauperis* [D.E. 148] is **GRANTED**.

**SIGNED**  this 14th day of March, 2016.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

1